**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

CYNTHIA SMITH,                          §
                                        §
    Plaintiff,                      §
                                        §
v.                                      §   Case No. 4:26-cv-219-JDK-JDL
                                        §
CAPITAL ONE AUTO FINANCE,               §
                                        §
    Defendant.                      §

**ORDER ADOPTING REPORT AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

Plaintiff Cynthia Smith, proceeding pro se, filed this action against Defendant. Docket No. 1.  On March 18, 2026, Plaintiff motioned to proceed *in forma pauperis*. Docket Nos. 4.  The case was referred to United States Magistrate Judge John D. Love for findings of fact, conclusions of law, and recommendations for the disposition of the case.

On March 20, 2026, Judge Love issued a Report recommending that Plaintiff's lawsuit be dismissed with prejudice, pursuant to 28 U.S.C. § 1915(e)(2).  Docket No. 5. Instead of filing objections within the prescribed period, Plaintiff simply filed another motion to proceed *in forma pauperis*.  Docket No. 6.

This Court reviews the findings and conclusions of the Magistrate Judge de novo only if a party objects within fourteen days of the Report and Recommendation. 28 U.S.C. § 636(b)(1).  In conducting a de novo review, the Court examines the entire record and makes an independent assessment under the law.  *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1430 (5th Cir. 1996) (en banc), *superseded on other*

1

*grounds by statute*, 28 U.S.C. § 636(b)(1) (extending the time to file objections from ten to fourteen days).

Here, Plaintiff did not object in the prescribed period.  The Court therefore reviews the Magistrate Judge's findings for clear error or abuse of discretion and reviews her legal conclusions to determine whether they are contrary to law.  *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989), *cert. denied*, 492 U.S. 918 (1989) (holding that, if no objections to a Magistrate Judge's Report are filed, the standard of review is "clearly erroneous, abuse of discretion and contrary to law.").

Having reviewed the Magistrate Judge's Report and the record in this case, the Court finds no clear error or abuse of discretion and no conclusions contrary to law.  Accordingly, the Court hereby **ADOPTS** the Report and Recommendation of the United States Magistrate Judge (Docket No. 5) as the findings of this Court.  It is therefore **ORDERED** that this case is **DISMISSED** with prejudice, pursuant to 28 U.S.C. § 1915(2)(2).  All pending motions are **DENIED** as moot.

So **ORDERED** and **SIGNED** this **1st**   day of **May, 2026.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE